McGREGOR W. SCOTT
United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:18-CR-0196-GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | Date:  January 4, 2019 |
| MIGUEL ALVEREZ CERVANTES, MARIA CERVANTES-ECHEVARRIA, and MARTA JIMINEZ LOPEZ, | Time:  9:00 a.m. Judge:  Hon. Garland E. Burrell, Jr. |
| Defendants. | |

Plaintiff United States of America, through its undersigned counsel, and defendants Miguel Alverez Cervantes, Maria Cervantes-Echevarria, and Marta Jiminez Lopez, through their counsel of record, stipulate that the status conference now set for January 4, 2019, be continued to February 15, 2019, at 9:00 a.m.

On October 2, 2018, all three defendants were arraigned on the eight-count Indictment.  (ECF Nos. 15, 18.)  In the weeks following, the government produced to the defense discovery that included 97 pages of reports and memoranda, approximately 250 photos, and a litany of audio and video recordings from this investigation.  Defense counsel for all three defendants require additional time to review these materials and discuss them with their clients, time to conduct research into any potential suppression issues or motions to dismiss, time to conduct additional investigation, and time to otherwise prepare for trial.

1

1    Based on the foregoing, the parties stipulate that the status conference set for January 4, 2019, be

2  continued to February 15, 2019, at 9:00 a.m.  The parties further agree that time under the Speedy Trial

3  Act should be excluded from the date the parties stipulated, up to and including February 15, 2019, under

4  18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479, [Local

5  Code T4], based on continuity of counsel and defense preparation.

6    The parties agree that the failure to grant a continuance in this case would deny defense counsel

7  reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

8  The parties also agree that the ends of justice served by the Court granting the requested continuance

9  outweigh the best interests of the public and the defendants in a speedy trial.

10    Respectfully submitted,

11

12  Dated:  January 3, 2019                    _/s/ Timothy H. Delgado_____

13                                             TIMOTHY H. DELGADO
                                               Assistant United States Attorney
14                                             Attorney for Plaintiff United States

15  Dated:  January 3, 2019                    _/s/ THD for Nicholas F. Reyes_____

16                                             NICHOLAS F. REYES
                                               Attorney for Defendant Miguel Cervantes
17

18  Dated:  January 3, 2019                    _/s/ THD for Kelly Babineau_____

19                                             KELLY BABINEAU
                                               Attorney for Defendant Maria Cervantes-
                                                 Echevarria
20

21  Dated:  January 3, 2019                    _/s/ THD for Dustin D. Johnson_____

                                               DUSTIN D. JOHNSON
22                                             Attorney for Defendant Marta Lopez

23

24

25

26

27

28

1

<u>ORDER</u>

2      The Court, having received and considered the parties' stipulation, and good cause appearing

3   therefore, adopts the parties' stipulation in its entirety as its order.  The Court specifically finds that the

4   failure to grant a continuance in this case would deny counsel reasonable time necessary for effective

5   preparation, taking into account the exercise of due diligence.  The Court also finds that the ends of

6   justice served by granting the requested continuance outweigh the best interests of the public and the

7   defendants in a speedy trial.

8      The Court orders that the time from the date the parties stipulated, to and including February 15,

9   2019, shall be excluded from computation of time within which the trial in this case must be commenced

10   under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and

11   General Order 479 [Local Code T4].  It is further ordered that the January 4, 2019 status conference be

12   continued to February 15, 2019, at 9:00 a.m.

13

14      Dated:  January 4, 2019

15

16   _____

17   GARLAND E. BURRELL, JR.
     Senior United States District Judge

18

19

20

21

22

23

24

25

26

27

28