1  McGREGOR W. SCOTT
United States Attorney
2  TIMOTHY H. DELGADO
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

5

6  Attorneys for Plaintiff
United States of America

7

8                      IN THE UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO.  2:18-CR-0196-GEB

12                     Plaintiff,          STIPULATION AND [PROPOSED] ORDER TO
                                           CONTINUE STATUS CONFERENCE
13          v.
                                           Date:      March 29, 2019
14  MIGUEL ALVEREZ CERVANTES,              Time:      9:00 a.m.
    MARIA CERVANTES-ECHEVARRIA, and        Judge:     Hon. Garland E. Burrell, Jr.
15  MARTA JIMINEZ LOPEZ,

16                     Defendants.

17

18          Plaintiff United States of America, through its undersigned counsel, and defendants Miguel

19  Alverez Cervantes, Maria Cervantes-Echevarria, and Marta Jiminez Lopez, through their counsel of

20  record, stipulate that the status conference now set for March 29, 2019, be continued to May 10, 2019, at

21  9:00 a.m.

22          On October 2, 2018, all three defendants were arraigned on the eight-count Indictment.  (ECF

23  Nos. 15, 18.)  In the weeks following, the government produced to the defense discovery that included

24  97 pages of reports and memoranda, approximately 250 photos, and a litany of audio and video

25  recordings from this investigation.  Defense counsel for all three defendants require additional time to

26  review these materials and discuss them with their clients, time to conduct research into any potential

27  suppression issues or motions to dismiss, time to conduct additional investigation, and time to otherwise

28  prepare for trial.

STIPULATION AND [PROPOSED] ORDER TO CONTINUE                    1
STATUS CONFERENCE

1    Based on the foregoing, the parties stipulate that the status conference set for March 29, 2019, be

2  continued to May 10, 2019, at 9:00 a.m.  The parties further agree that time under the Speedy Trial Act

3  should be excluded from the date the parties stipulated, up to and including May 10, 2019, under 18

4  U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479, [Local Code

5  T4], based on continuity of counsel and defense preparation.

6    The parties agree that the failure to grant a continuance in this case would deny defense counsel

7  reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

8  The parties also agree that the ends of justice served by the Court granting the requested continuance

9  outweigh the best interests of the public and the defendants in a speedy trial.

10                                                    Respectfully submitted,

11

12  Dated:  March 25, 2019                    */s/ Timothy H. Delgado*_____
                                             TIMOTHY H. DELGADO
13                                           Assistant United States Attorney
                                             Attorney for Plaintiff United States
14

15  Dated:  March 25, 2019                    */s/ THD for Nicholas F. Reyes*_____
                                             NICHOLAS F. REYES
16                                           Attorney for Defendant Miguel Cervantes

17
    Dated:  March 25, 2019                    */s/ THD for Kelly Babineau*_____
18                                           KELLY BABINEAU
                                             Attorney for Defendant Maria Cervantes-
19                                               Echevarria

20
    Dated:  March 25, 2019                    */s/ THD for Dustin D. Johnson*_____
21                                           DUSTIN D. JOHNSON
                                             Attorney for Defendant Marta Lopez
22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE        2
STATUS CONFERENCE

1

ORDER

2     The Court, having received and considered the parties' stipulation, and good cause appearing

3  therefore, adopts the parties' stipulation in its entirety as its order.  The Court specifically finds that the

4  failure to grant a continuance in this case would deny counsel reasonable time necessary for effective

5  preparation, taking into account the exercise of due diligence.  The Court also finds that the ends of

6  justice served by granting the requested continuance outweigh the best interests of the public and the

7  defendants in a speedy trial.

8     The Court orders that the time from the date the parties stipulated, to and including May 10,

9  2019, shall be excluded from computation of time within which the trial in this case must be commenced

10  under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and

11  General Order 479 [Local Code T4].  It is further ordered that the March 29, 2019 status conference be

12  continued to May 10, 2019, at 9:00 a.m.

13

     Dated:  March 25, 2019

14

15

16  _____

     GARLAND E. BURRELL, JR.

17  Senior United States District Judge

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE        3
STATUS CONFERENCE