McGREGOR W. SCOTT
United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIGUEL ALVEREZ CERVANTES and MARTA JIMINEZ LOPEZ,<br><br>Defendants. | CASE NO. 2:18-CR-0196-GEB<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date: May 31, 2019<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

Plaintiff United States of America, through its undersigned counsel, and defendants Miguel Alverez Cervantes and Marta Jiminez Lopez, through their counsel of record, stipulate that the status conference now set for May 31, 2019, be continued to July 12, 2019, at 9:00 a.m.[1]

On October 2, 2018, all three defendants were arraigned on the eight-count Indictment. (ECF Nos. 15, 18.) In the weeks following, the government produced to the defense discovery that included 97 pages of reports and memoranda, approximately 250 photos, and a litany of audio and video recordings from this investigation. Defense counsel for all both defendants require additional time to review these materials and discuss them with their clients, time to conduct research into any potential suppression issues or motions to dismiss, time to conduct additional investigation, and time to otherwise

---

[1] The third defendant in this case, Maria Cervantes-Echevarria, will appear as scheduled for the May 31, 2019 status hearing. Ms. Cervantes-Echevarria intends to enter a change of plea on that date.

STIPULATION AND (PROPOSED) ORDER
TO CONTINUE STATUS CONFERENCE

1

prepare for trial.

    Based on the foregoing, the parties stipulate that the status conference set for May 31, 2019, be continued to July 12, 2019, at 9:00 a.m.  The parties further agree that time under the Speedy Trial Act should be excluded from the date the parties stipulated, up to and including July 12, 2019, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479, [Local Code T4], based on continuity of counsel and defense preparation.

    The parties agree that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties also agree that the ends of justice served by the Court granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

    Respectfully submitted,

Dated:  May 29, 2019                               */s/ Timothy H. Delgado*  
                                                       TIMOTHY H. DELGADO  
                                                       Assistant United States Attorney  
                                                       Attorney for Plaintiff United States

Dated:  May 29, 2019                               */s/ THD for Etan Zaitsu*  
                                                       NICHOLAS F. REYES  
                                                       Attorney for Defendant Miguel Cervantes

Dated:  May 29, 2019                               */s/ THD for Dustin D. Johnson*  
                                                       DUSTIN D. JOHNSON  
                                                       Attorney for Defendant Marta Lopez

ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court also finds that the ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date the parties stipulated, to and including July 12, 2019, shall be excluded from computation of time within which the trial in this case must be commenced under the Speedy Trial Act, *see* 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare], and General Order 479 [Local Code T4]. It is further ordered that the May 31, 2019 status conference be continued to July 12, 2019, at 9:00 a.m.

Dated:  May 30, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge