UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARTA JIMENEZ LOPEZ,<br><br>Defendant. | Case Number:  2:18-CR-00196-TLN<br><br>**ORDER SEALING DOCUMENTS** |

      Having considered the Defendant's Request to Seal, Sentencing Memorandum and Exhibits A, B and C, Local Rule 141(b) and the considerations set forth in the cases of *Abbey v. Hawaii Employers Mut. Ins. Co. (HEMIC)*, 760 F. Supp. 2d 1005, 1013 (D. Haw. 2010) and *People v. Doe* 870 F3d. 991 (9th Cir. 2017), THE COURT HEREBY FINDS THAT:

      1.  Defendant's need to use a Sentencing Memorandum which incorporates Exhibits A, B and C and right to effective assistance of counsel are compelling interests;

      2.  In the absence of sealing these compelling interests would be harmed;

3. There are no alternatives to sealing that would adequately protect those compelling interests.

Therefore, IT IS ORDERED THAT Defendant's Sentencing Memorandum, Exhibits A, B and C, and Request to Seal shall be SEALED until further notice of this Court. It is further ordered that access to the sealed documents shall be limited to the Government and counsel for Defendant.

IT IS SO ORDERED.

May 5, 2022

Troy L. Nunley
United States District Judge