UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARTA JIMENEZ LOPEZ,<br><br>　　　　　Defendant. | CASE NO. 2:18-CR-00196-TLN<br><br>**ORDER SEALING DOCUMENTS** |

Pursuant to Local Rule 141(b) and based upon the representations contained in the Government's Request to Seal and the factors set forth in *Oregonian Publ'g Co. v. U.S. Dist. Ct for Dist. of Or.*, 920 F.2d 1462, 1466 (9th Cir. 1990), IT IS HEREBY ORDERED that the three-page document pertaining to Defendant Marta Jimenez Lopez and the Government's Request to Seal shall be SEALED until further notice of this Court.

It is further ordered that access to the sealed documents shall be limited to the Government and counsel for Defendant.

IT IS SO ORDERED.

DATED: May 5, 2022

_____
Troy L. Nunley
United States District Judge