UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARTA JIMENEZ LOPEZ,<br><br>Defendant. | No. 2:18-cr-00196-TLN<br><br>**ORDER** |

This matter is before the Court on Defendant Marta Jimenez Lopez's ("Defendant") Motion to Appoint Counsel. (ECF No. 168.) For the reasons set forth below, the Court DENIES Defendant's motion.

On August 16, 2019, Defendant pleaded guilty to Count One of an eight-count Indictment. Count One charged conspiracy to distribute at least 500 grams of a mixture or substance of methamphetamine in violation of 21 U.S.C. §§ 846 and 841(a)(1). (ECF Nos. 57, 59.) On May 5, 2022, the Court sentenced Defendant to a 189-month term of imprisonment to be followed by a 60-month term of supervised release. (ECF No. 148.) Defendant filed a notice of appeal on May 10, 2022. (ECF No. 155.) Defendant's appeal is currently pending before the Ninth Circuit Court of Appeals, Case Number 22-10132.

Defendant filed a *pro se* letter requesting the Court appoint counsel to represent her in post-trial proceedings. (ECF No. 168.) The Court has reviewed the Ninth Circuit's docket in

Defendant's appeal, which reflects that Defendant is currently represented by counsel. (*See* Ninth Circuit Docket 22-10132, ECF No. 8.) As such, the Court DENIES Defendant's motion to appoint counsel. (ECF No. 168.) To the extent Defendant is seeking representation for post-conviction proceeding pursuant to 28 U.S.C. § 2255, such a request is premature as Defendant must first exhaust the pending direct appeal. *See United States v. Deeb*, 944 F.2d 545, 548 (9th Cir. 1991) ("[A] district court should not entertain a habeas corpus petition while there is an appeal pending.").

    IT IS SO ORDERED.

**DATED: January 11, 2023**

Troy L. Nunley
United States District Judge

2